```
                                                    ┌─────────────────────────────┐
                                                    │ USDC SDNY                   │
UNITED STATES DISTRICT COURT                        │ DOCUMENT                    │
SOUTHERN DISTRICT OF NEW YORK                       │ ELECTRONICALLY FILED        │
---------------------------------------------------- X │ DOC #: _____  │
UNITED STATES OF AMERICA,              :            │ DATE FILED:  3/18/2026      │
                                       :            └─────────────────────────────┘
         -against-                     :
                                       :
MICHAEL ZAYAS,                         :              1:26-mj-206-GHW
                                       :
                    Defendant.         :                  ORDER
---------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

A change of plea proceeding in this matter will take place on March 19, 2026 at 2:00 p.m.

The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States

Courthouse, New York, New York 10007. The parties are directed to appear for the proceeding as

scheduled unless otherwise ordered by the Court.

        SO ORDERED.

Dated: March 18, 2026
New York, New York

                                   _____
                                          GREGORY H. WOODS
                                       United States District Judge