UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,    :

                                      :

          -against-    :

                                        :

MICHAEL ZAYAS,    :    1:26-cr-107-GHW

                                        :

                   Defendant.    :    ORDER

-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2026

GREGORY H. WOODS, United States District Judge:

      The defendant's April 13, 2026 application to adjourn the sentencing date is granted.  Dkt. No. 17.  The sentencing currently scheduled for July 29, 2026 at 10:00 a.m. is adjourned to August 24, 2026 at 10:00 a.m.  The parties are directed to appear for the sentencing as scheduled unless otherwise ordered by the Court.  The deadline for the defendant's sentencing submissions is August 10, 2026.  The deadline for the Government's sentencing submissions is August 17, 2026.

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 17.

      SO ORDERED.

Dated:  April 14, 2026
New York, New York

                                      _____
                                      GREGORY H. WOODS
                                  United States District Judge