UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 9/16/2026

---------------------------------------------------------X
UNITED STATES OF AMERICA, :
:
-against- :
:
MICHAEL ZAYAS, :
:
Defendant. :
---------------------------------------------------------X

1:26-cr-107-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On August 17, 2026, the Court ordered unsealed the video recordings submitted as exhibits to the sentencing submissions at Dkt. No. 20. See Dkt. No. 23. The Court understands that counsel for the defendant provided a copy of those video recordings to the Clerk of Court in a physical medium because they cannot be filed on ECF. The Court understands that, notwithstanding Rule 49(b)(2)(B)'s mandate that nonelectronic filings be provided to the Clerk of Court, the Clerk of Court will not maintain the video recordings filed with her by the defendant without a separate Court order directing that she do so.

Therefore, the Court orders that the Clerk of Court properly store the video recordings filed by the defendant.

SO ORDERED.

Dated: September 16, 2026
New York, New York

GREGORY H. WOODS
United States District Judge